# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 18, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154062(63)

MENARD, INC.,
        Petitioner-Appellant,

v

CITY OF ESCANABA,
        Respondent-Appellee.

SC: 154062
COA: 325718
Tax Tribunal: 00-441600,
      14-001918-TT

_____/

On order of the Chief Justice, the motion of the Michigan Retailers Association and the Michigan Chamber of Commerce to file a brief amicus curiae is GRANTED. The amicus brief submitted on October 12, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 18, 2016



Clerk